**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-7156**
_____

RICKY BARTLETT,

                    Plaintiff – Appellant,

          v.

MAX ROBESON; ANTHONY FORBES; JON WORTHINGTON,

                    Defendants – Appellees,

          and

CAMDEN SHERIFF'S DEPT.,

                    Defendant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (5:11-ct-03008-BO)

_____

Submitted: November 20, 2012      Decided: November 27, 2012

_____

Before TRAXLER, Chief Judge, and SHEDD and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Ricky Bartlett, Appellant Pro Se. Sonny Sade Haynes, WOMBLE CARLYLE SANDRIDGE & RICE, Winston-Salem, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ricky Bartlett appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint and his numerous motions for appointment of counsel. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Bartlett v. Robeson, No. 5:11-ct-03008-BO (E.D.N.C. Apr. 21 & June 15, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED